11526156

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED

2023 NOV -2 A 10: 19

RECEIVED
UNITED STATES MARSHAL
2023 OCT 26 AM 10: 17
EASTERN DISTRICT
OF VIRGINIA
ALEXANDRIA DIVISION

United States of America
v.

RICK TARIQ RAHIM,
a/k/a Tariq Afzal Rahim,

*Defendant*

Case No. 1:23-CR-173

**UNDER SEAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RICK TARIQ RAHIM, a/k/a Tariq Afzal Rahim ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Evasion of Income Tax Payment, in violation of Title 26 United States Code, Section 7201, and Willful Failure to Account for and Pay Over Trust Fund Taxes, in violation of Title 26 United States Code, Section 7202.

Date: 10/25/23

J. Lanham
*Issuing officer's signature*

City and state: Alexandria, Virginia

J. Lanham Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 10-26-23 , and the person was arrested on *(date)* 11-1-23
at *(city and state)* Great Falls, VA .

Date: 11-1-2023

Mario Beccue
*Arresting officer's signature*

Mario Beccue, SA IRS-CI
*Printed name and title*