**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Richard Weber, Esq.

Electronic Device(s): Cellphone

Purpose and Location Of Use: Courtroom of Hon. Claude M. Hilton
Personal Use in case of emergency

Case No.: 23-cr-173, 24-cr-179

Date(s) Authorized: Aug 23. 2024

IT Clearance Waived: ✓ (Yes) ______(No)

APPROVED BY:

Date: Aug 23, 2024 Claude M. Hilton
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: ______________________ ___________
IT Staff Member Date(s)

**IT clearance must be completed, unless waived, before court appearance.**