# Exhibit 1

RB

**From:** R[redacted] B[redacted] R[redacted]B@BusinessVentures.com
**Subject:** Re: CBIZ going forward
**Date:** November 13, 2015 at 1:00 PM
**To:** Rick Rahim rickrahim@[redacted]
**Bcc:** R[redacted] B[redacted] R[redacted]B@BusinessVentures.com

All accounts are now switched to Mini-Tax. Under Mini-Tax we are responsible in payment the appropriate tax departments the tax liabilities. CIBZ does not file or pay it. All the do is prepare the lump amount per company.

I do not know how to prepare and file these taxes. Since employee paychecks have already been deducted for taxes they will need to be filed. Do you have a tax person that can file them? This also goes for filing quarterly tax returns. CBIZ will not handle.

For example BusinessVentures tax liabilities have not been filed since the 10/7 paycheck but these taxes deducted out of paychecks. Please let me know how we will handle back payroll taxes and going forward.

—
R[redacted] B[redacted]
Senior Vice President of Corporate Operations
BusinessVentures.com, LLC
[redacted]

> On Oct 30, 2015, at 12:59 PM, Rick Rahim <rickrahim[redacted]> wrote:
>
> They still do all the work. Only difference is I pay in a separate wire directly. This was easiest way to get everything ungummed for you and we will switch it back once all accounts are running smoothly for one or two cycles. It does not change the amount of work or change anything else about how you do it.
>
> It is also my plan for us to hire an admin assistant to take this workload completely off your shoulders. One person who can kind of be the traffic cop for corporate, but who is not responsible for interacting with customers or answering phones. Someone who can also track projects, followups, etc….
>
> **Rick Rahim**
> BusinessVentures.com | [redacted] | RickRahim[redacted]
>
> > On Oct 30, 2015, at 12:56 PM, R[redacted] B[redacted] <R[redacted]B@BusinessVentures.com> wrote:
> >
> > All account going forward being switched to mini-tax? If so who will be handling that?
> >
> > —
> > R[redacted] B[redacted]
> > Senior Vice President of Corporate Operations
> > BusinessVentures.com, LLC
> > [redacted]
> >
> > > On Oct 30, 2015, at 12:50 PM, Rick Rahim <rickrahim[redacted]> wrote:
> > >
> > > Michelle:
> > >
> > > Per our conversation just now, I am wiring you the CBIZ fees we discussed. I understand upon receipt you will unlock the accounts for Richard to process. Then, on Monday, you will advise us of wire amounts to properly fund all direct deposits. We'll fund them and all employees will receive their direct deposits next week after our sending the wires. This is also confirming our agreement to move all accounts to mini-tax service.
> > >
> > > It was nice to speak with you today. And thank you for helping me in sorting the whole thing out.
> > >
> > > Have a terrific weekend.
> > >
> > > **Rick Rahim**
> > > BusinessVentures.com [redacted] | RickRahim[redacted]