# Exhibit 2

RB

**From:** R[redacted] B[redacted] R[redacted]@BusinessVentures.com
**Subject:** CBIZ Payroll Tax Service - going back to full tax service
**Date:** January 26, 2016 at 1:32 PM
**To:** Rick Rahim RickRahim[redacted]
**Bcc:** R[redacted] B[redacted] r[redacted].b@businessventures.com

---

Since converted to mini tax the following taxes are not being filed, reported, or paid.

Employee & employer tax liabilities
Unemployment tax
Quarterly taxes

Employee & employer tax liabilities haven't been deposited since Oct, 15. Quarter 4, 2015 taxes has not been filed. There will be discrepancies with employee deposits on W2 against actual deposits.

Let me know if you want me to reach out to CBIZ about get back on full tax service.

--
R[redacted] B[redacted]
Senior Vice President of Corporate Operations
BusinessVentures.com, LLC
[redacted]