# Exhibit 3

Declaration of Special Agent Thomas
&
Exhibits A through I

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RICK TARIQ RAHIM, )<br>a/k/a Tariq Afzal Rahim, )<br>)<br>Defendant. )<br>_______________________________________) | CRIMINAL NO. 1:24-cr-000179 |

**DECLARATION IN SUPPORT OF SENTENCING**

I, Brian M. Thomas, herein declare as follows:

**I. Introduction**

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since September 2017 and employed by the FBI since 2010. I am responsible for conducting and assisting with securities fraud and investment fraud investigations, including related white-collar and financial crimes. I am one of two case agents assigned to the FBI's investigation of RICK TARIQ RAHIM ("RAHIM") and others. This declaration is made in connection with the sentencing of RAHIM to provide the Court with additional information regarding the wire fraud scheme to which he pleaded guilty.

2. My ability to provide an informed and accurate assessment of this matter is based on my personal knowledge as well as information from other sources, including other law enforcement officers and analysts involved in this case, financial records, interviews, and reviews of related communications between and among the conspirators obtained through search warrants, including messaging, and other records related to the investigation.

## II. Cryptocurrency, Forex, and KYC Background

3. Cryptocurrency is a decentralized peer-to peer, network-based medium of value or exchange that may be used as a substitute for fiat currency (currency which derives its value from government regulation or law, such as the dollar) to buy goods or services or exchanged for fiat currency or other cryptocurrencies. Examples of cryptocurrency are Bitcoin ("BTC") and Ether ("ETH"). Cryptocurrency can exist digitally on the Internet, in an electronic storage device, or in cloud-based servers. Cryptocurrency can be exchanged directly person to person, through a cryptocurrency exchange, or through other intermediaries. Generally, cryptocurrency is not issued by any government, bank, or company; it is instead generated and controlled through computer software operating on a decentralized peer-to-peer network. Most cryptocurrencies have a 'blockchain,' which is a distributed public ledger, run by the decentralized network, containing an immutable and historical record of every transaction.

4. Foreign exchange trading is also referred to as forex. Forex is short for "foreign exchange market" and is a global decentralized or over-the-counter market for the trading of currencies. This market determines foreign exchange rates for every currency. Forex trading can be very risky and the risk of loss for individual investors can be substantial.

5. "Know Your Customer" ("KYC") is a term of art used by financial institution regarding the required information they must know and keep by law, including who is the owner of the account, in part to protect against money laundering.

6. Based on my experience as an investigator, investigating fiat funds that are wired is significantly easier to trace than investigating cryptocurrency transfers. For one, domestic banks are required to respond to subpoenas and have KYC practices such that the owner of the bank account is declared. While banks are heavily regulated with well-established frameworks,

the cryptocurrency space is still developing its regulatory structures. This can lead to a higher degree of risk and uncertainty for users.

7. Additionally, when a user sends cryptocurrency, they usually just receive an address to send the funds to; they are not told what financial institution, if any, is hosting that address. This information is not publicly available, so a victim would not be able to identify where their cryptocurrency went. This is different from a traditional bank, which can tell you from what institution and what account funds are received. Additionally, financial institutions keep records of who has signature authority over the bank account.

8. While law enforcement subscribes to tools that can help identity whether a known cryptocurrency exchange controls a particular address, their predictions are under-inclusive, meaning it may not always be clear whether an address is actually held by an exchange or is "unhosted," meaning an address solely under an individual's control. Moreover, unlike a traditional bank, cryptocurrency exchanges will often provide a new deposit address for every transaction, increasing the number of addresses that must be investigated, traced, and attributed.

**III. Company A and BotsforWealth**

9. In May 2021, RAHIM met UCC-A on social media. UCC-A operated a trading bots website and RAHIM quickly became interested in the product and sent cryptocurrency to participate. Despite losing money shortly after investing with the bots, RAHIM proceeded to white label the product so that he could sell it under his own brand. To promote the bots, RAHIM used a new TikTok account for which he built up a large following.

10. By June 2021, RAHIM launched a joint venture with UCC-A, despite questioning the bots' effectiveness. In his messages with UCC-A, RAHIM wrote "I am clueless about the trades and forex. Know my limitation." Nonetheless, RAHIM developed promotional materials

that were posted on various social media platforms, including TikTok and Discord, and produced a three-part video series detailing how to sign up and get started with the trading bots. RAHIM made various false claims about the coding of the bots that would automate trading on an investor's behalf. Additionally, he claimed to have back-tested the bots RAHIM instructed subscribers to send cryptocurrency to an offshore broker, Company A, which he falsely claimed to have used for three years and whom he himself felt was untrustworthy in a conversation between himself and Company A customer support. RAHIM was aware Company A was an offshore broker and noted it on the BotsforWealth website FAQ section, which he controlled. Exhibit A is the FAQ's section posted on RAHIM's Botsforwealth.com website.[1] In addition to the FAQ section of the website, the BotsforWealth website posted profitability statistics and he used Discord to share information with his customers.

11. RAHIM's BotsforWealth website featured misleading FAQs, promising that accounts wouldn't be margin called and explained how he had a long track record with trading bots, even though he had only started weeks prior. For the first few weeks after the launch, RAHIM posted daily and sometimes multiple videos per day highlighting the success of the trading bots on his TikTok account.

12. Following the bots' failure in July 2021, RAHIM attempted to shift blame onto UCC-A, claiming he had been hacked, and filed a lawsuit against UCC-A.[2] According to witness interviews, all along, until this point, customers believed RAHIM developed and owned the trading bot software. Meanwhile, he furthered the illusion and sent victim questionnaires to

---

[1] I have highlighted the relevant section, on page 5, in yellow to draw attention to the section of relevance.

[2] An iteration of the lawsuit made its way to federal court in the Eastern District of Virginia, 1:21-cv-00875, but was ultimately voluntarily dismissed by RAHIM.

his subscribers. Exhibit B is a copy of an email, sent on August 2, 2021, along with the victim questionnaire RAHIM sent this to investors after BotsforWealth crashed in July 2021. Investors believed the victim questionnaire was real. At least one investor forwarded a filled-out version of RAHIM's questionnaire to the United States Attorney's Office along with their legitimate Victim Impact Statement.

13. Ultimately, investors suffered significant losses while RAHIM denied responsibility. The FBI struggled to trace the cryptocurrency due to the offshore nature of Company A. Without knowing every victims' transactions or the receiving wallets, the FBI was unable to determine the total loss in the fraud involving BotsforWealth. RAHIM's directions to his customers to send cryptocurrency to an overseas brokerage directly created significant losses for hundreds of subscribers.

**IV. FX Primary and TradeAutomation**

14. Three months later, RAHIM used social media and announced a new trading bot, later named TradeAutomation, that he claimed would be entirely under his control, aiming to mitigate the alleged previous issues at BotsforWealth and convince customers of his trustworthiness. A number of websites were involved in this fraud scheme and investors had to take several steps to invest. Investors first were required to sign-up for a subscription to TradeAutomation with RAHIM at the TradeAutomation website. The website described TradeAutomation as "the ultimate hedge fund algorithm" that provided "automated trading while you play and sleep." This website also had multiple pages with content to include past results, projections, alleged testimonials and a FAQ's page. Exhibit C includes screenshots of the

different TradeAutomation website pages.[3] The FAQ section explained that upon signing up the investor would receive instructions to setup and fund their account. Exhibit D is a screen print copy of the FAQ section of RAHIM's TradeAutomation.com website from August 2022. Upon signing up with TradeAutomation, investors were directed to the FX Primary LLC ("FXP") website ("FXP website") to make cryptocurrency deposits. Exhibit D, page 2.[4]

15. As detailed in Ian Higgins' ("Higgins") signed statement of facts, Higgins was the founder and owner of FX Primary ("FXP") which was registered in Saint Vincent and the Grenadines ("SVG") and claimed to be regulated by the Securities Commission of the Bahamas. FXP was not registered with the U.S. Securities and Exchange Commissions ("SEC") nor the Financial Industry Regulatory authority ("FINRA"). While forex trading is legal in the United States, it is subject to strict regulations, and you must be registered to trade on others' behalf. FXP attempted to avoid these regulations by not registering in the United States.

16. As noted in RAHIM's Statement of Facts, FXP served as the brokerage house that would "manage" the investors deposits, which for the vast majority was made by transferring cryptocurrency. Despite the majority of investors believing their investments were held by FXP, FXP used a European company (hereinafter the "European company") located in Warsaw, Poland to house the cryptocurrency and manage the investments. Higgins was aware that the European company was located in Europe. While it is unclear if RAHIM knew that Higgins used a company to Europe, RAHIM was aware that Higgins was operating FXP offshore as detailed below.

---

[3] Exhibit C consists of screenshots taken from the Wayback Machine Internet Archive dated March 11, 2022.

[4] I have highlighted, for ease of reference, the sections referencing setting up the bots with FXP. Where "FX Primary" is underlined, was a hyper link to the FXP website.

17. RAHIM was aware of the offshore nature of FXP and touted it on his TradeAutomation website, specifically the FAQs page, noting it offshore nature and the lack of obligations for "tax purposes." Exhibit D at the top of page 2 and page 3, which I have highlighted for ease of reference. RAHIM also told members on one of his Discord channel[5] that FXP operated offshore. Exhibit E is a screenshot from RAHIM's Discord channel detailing the offshore nature of FXP, in which he vouches for FXP, that I have highlighted for ease of reference.

18. Once users had an account at FXP, they had access to a website there. Exhibit F depicts screenshots of a user's FXP account page.[6] After depositing cryptocurrency with FXP, investors were then given instructions to link the trading bots between FXP and RAHIM's TradeAutomation. In order to link the bots, the investors had to go to a third website of RAHIM's, TA Manager. Only those who had subscribed to TradeAutomation with RAHIM had access to the TA Manager website. On the TA Manager website, investors could view the status of their accounts and trades. Based on the investigation, the TA Manager website was built by an individual believed to be located in Russia (hereinafter "the website developer"), who Higgins hired. Higgins along with UCC-2, directed the website developer to meet and display the requirements needed and requested by RAHIM.

19. As detailed in the Statement of Facts, in March 2022, there were significant losses incurred by the investors. Investors wanted to withdraw their funds but were unable to do so despite their requests.

---

[5] Lifetime VIP members, who paid between $1,599 and $1,999 received access to the private Discord channel.

[6] Exhibit F consists of screenshots from a victim in the investigation from their FXP account dashboard dated January 6, 2023. Of note, RAHIM also invested through FXP (as noted in exhibit E) and should have therefore also had access to his own user account page.

20. As detailed in Higgins' Statement of Facts, Higgins, RAHIM, and UCC-2, agreed to issue credits to the investors. HIGGINS manually issued credits to customers' accounts at the direction of RAHIM and UCC-2. However, the investors would only be allowed to make future trades with the credits and would not be able to withdraw the credits and receive a return of their cryptocurrency. In sum, the credits were on paper only. As detailed below, RAHIM sometimes referred to these credits as "bot balance credits."

21. RAHIM posted on Discord about these credits, showing his knowledge, likely in hopes to slow investors trying to leave the TradeAutomation platform. Exhibit G[7] are posts that RAHIM made to Discord. The March 2022 postings describe two types of credits, one for the subscription fees and one for the underlying investments, called "bot balance credits." In the posting RAHIM writes "All bot balance credits are expected to be finished posting by tomorrow."

**V. Other Investment Platforms and the Promotion of Success**

22. RAHIM operated other additional websites before, during, and after BotsforWealth and TradeAutomation to attract customers, promote his success as a stock trader, and sell trading signals and call-outs. In fact some of his victims signed up for multiple of his software products, both the bots, trading signals and call-outs. These additional websites included ProChartSignals, OptionsCopier, CopyandWin, SnipeAlgo, and TradeQQQ, which were all accessible through TeamRickRahim.com. Exhibit H consists of screenshots taken from teamrickrahim.com on November 4, 2024.[8] RAHIM had sole control over the information displayed on these sites. Most featured statistics boasting high win rates for his products.

[7] Other users' names were partially redacted with a white box. Law enforcement highlighted the word "credit" for ease of reference.
[8] Earlier in the fraud, there were similar if not the exact same websites.

Additionally, many sites provided extensive spreadsheets claiming to document every trade executed by RAHIM. As detailed in the Statement of Facts, RAHIM was not posting his trades that lost money. This wealth of fabricated data created a complex illusion of success. In stark contrast, an examination of RAHIM's trading records revealed that he lost over $400,000 in 2021 and 2022.

23. RAHIM leveraged social media, Discord, and a lifetime membership model for cross-promotion, enticing individuals to invest in his various offerings. RAHIM produced magnitudes of videos and memes to promote his alleged success. The extensive range of products and self-promotion facilitated a multi-layered approach to deceiving customers. He posted hundreds if not thousands of times on Discord. According to an interview with an employee, RAHIM directed and/or created numerous fake Discord accounts to enhance the perception of a larger community and to "like" his posts.

24. The use of an office, the employment of staff, and the promotion of a luxurious lifestyle—illustrated by his luxury vehicles and videos filmed at his home and pool—further perpetuated the deception of success.

25. After pleading guilty in August 2024, and despite being directed to not to give investment advice for money, at least one of RAHIM's websites included language indicating he would accept cryptocurrency payments. Exhibit I are screenshots taken from Snipealgo.com in September of 2024 and then January 27, 2025.[9] The SnipeAlgo website appears to still be live, however as of February 25, 2025, where it used to reference paying with cryptocurrency, it now says "we are closed for subscriptions," but it also states "call our office for payment options."

[9] Page one was captured in September of 2024, pages 2 and 3 were captured in January 2025. I have highlighted items of interest, including the type of payment accepted.

26. Additionally, as of September 2025, after he pleaded guilty, RAHIM continued to operate his Discord channel and engage with investors. Also in September 2025, RAHIM posted a job advertisement on Craigslist seeking someone to work for his company in customer service, to update "daily statistics on a website."

**VI. Fees, Cryptocurrency and Flow of Funds in this Case**

27. RAHIM accepted payments, which he called subscription fees, for his investment offerings through several platforms, including Square, Whop, and Stripe. When his personal Stripe account was flagged and shut down due to customer complaints, he resorted to using a friend's information to open a second account to continue receiving payments for his products. This tactic had the effect of concealing who was collecting the fees.

28. Between June 30, 2023[10] and February 15, 2024, the RAHIM earned approximately $116,000[11] in subscription fees from his various investment platform offerings. His websites were active after February 2024 until at least January 2025.

29. In this case, RAHIM instructed investors to send funds directly to Company A (for BotsforWealth) and FXP (for TradeAutomation), both overseas brokerages for which he was aware. Fortunately, the company that FXP used had a U.S. office and was responsive to law enforcement subpoenas; however, Company A, which was also located overseas without a U.S. office did not. Thus as noted above, law enforcement had challenges and could not trace the funds in the portion of the scheme involving Company A, in part because the funds could not be

---

[10] On June 30, 2023, RAHIM was placed on pretrial supervision in the Western District of Virginia.

[11] RAHIM is believed to have earned more, given the length of time the website was up and based on interviews of investors, but credit card processing records were only obtained through February 2024.

traced to a traditional financial institution and because of the company being located offshore, and has therefore not determined the loss related to the BotsForWealth portion of the scheme.

30. As detailed in my previous declaration in the Higgins' case, there were challenges in tracing the funds in the FXP portion of the scheme, even with the European company providing records. This was in part due to the creation of intermediary crypto currency wallets. Indeed, for the FXP portion of the case, the European company provided over 1,800 wallet addresses that required sending multiple subpoenas in attempts to determine who controlled the wallet and where the funds originated and ultimately were sent. But even with the challenges faced, the investigation was able to determine a minimum loss amount by the investors who used TradeAutomation.

**VII. Other Relevant Facts**

31. On February 17, 2023, The FBI seized Rahim's cell phone from him personally pursuant to a search warrant. In the summer of 2023 law enforcement shared with him directly what specifically the FBI was investigating. Over a thousand individuals subscribed to Rahim's investment platforms.

32. To date, Brenda Rahim, is the sole title holder of the home located on Patowmack Drive, in Great Falls Virginia.

33. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 28, 2025

Brian M. Thomas
Federal Bureau of Investigation, *Special Agent*

# Exhibit A

FAQ Section of BotsForWealth Wesite

BOTS FOR WEALTH

# FAQs

**Here are all the answers you seek:**

---

You can use the search function of your browser to look for any keywords you need help with.

---

**Where do I sign up??**

**Click here** to sign up for your own automatic trading bot.

**Can I start with less than $1,000?**

Unfortunately, no. Our elite bots often take multiple trades and use capital management combined with leverage to earn maximum profits. The starting account size requirement is $1,000. Many of our clients pool with family and friends to form their own "investment club."

**Do I have to watch the signals and make the trades - or is it completely automatic?**

Your new bot will make all of the decisions, and execute all of the trades for you automagically. You set it, and forget it. Just log in to check your balance whenever you need a smile.

**Are they really good in a Bull or Bear Market?**

Absolutely! Our bots profit equally well in all market conditions. They are therefore a great diversification strategy that makes money even when crypto and the stock market go down. Our bots take both long and short positions based on proprietary algorithms.

**What assets do the bots trade?**

Behind the scenes, our elite bots are actually a team of many powerful bots, each running independently at the same time, maximizing the available cash in your one single account. Consider your bot the coach that manages many players to win the game. You may see trades executed in the Stock Markets, Oil Futures, Gold, Silver, and foreign exchange currencies. Most trades occur 24 hours a day, Monday - Friday, because we trade mostly foreign exchange markets globally. Our bots are much quieter on the weekends, as only the crypto markets are open on Saturday and Sunday. Our bots are NOT crypto-heavy. A very small percentage of our trades are in blue-chip cryptos such as BTC or ETH. Our bots are a terrific hedge for diversification away from crypto. Crypto volatility does not have any adverse impact on our bots.

**Are my funds safe in Coinexx?**

We have personally been trading six and seven figures in Coinexx for more than three years. Coinexx is rated very highly by **TrustPilot.** Coinexx's parent company has been in business for 10+ years. They have over 60,000 customers. We (and our customers) have never experienced a problem withdrawing our money. Your withdrawals are sent in the form of crypto to any crypto wallet address you choose. Coinexx does have a manual withdrawal review process to protect you. This process takes 8-12 hours on average before your crypto is sent. Many customers report much faster times. Additionally, we have an excellent relationship directly with an account manager, since we refer so many of our clients to them. Thousands of our customers trade successfully on Coinexx every day. They make incredible profits each day from the commissions on customers' trades. They have no incentive to destroy their well-established company. Coinexx customer service is closed on weekends, because the FOrex markets are closed. Their live chat is excellent Monday - Friday.

**I subscribed. I need help getting set up.**

Setup is a one-time thing. Then you begin making completely passive income. We have made a series of videos to help you walk through each step of the setup process. **CLICK HERE FOR INSTRUCTIONAL VIDEOS.**

**I completed all five steps in the instructional videos. But I cannot copy my trades.**

Once you have created your new login at the portal on our website, and connected your Coinexx account, our staff must still manually activate your account before you can copy trades. Our office is open Monday - Friday from 9am - 4pm. Activations are always a priority the moment we open each day, and we make sure all new accounts are

activated before we leave each afternoon. Our team also comes to the office Saturday and Sunday to activate new accounts from 9a - 11am. We are located in the Virginia, USA time zone. Please be patient and our team will activate you as soon as our office opens. Though we often perform much faster, please expect up to 24 hours before your trade copier will be live, after you complete step 5 of our instructional videos.

**Do I need to be 18 years old?**

No. We have teamed with a global trading exchange that has offices in London, New York, and Amsterdam. You can open an account with them in just a few minutes, and fund your account by sending crypto. No bank account required! When you wish to withdraw funds, you can log into your trading account and send your funds back to any crypto wallet in the world.

**Do I need a computer to run a bot?**

No. Our servers run everything for you as you play and wander around the planet, enjoying life. Log in and check your profits any time you want, from anywhere you want, from any device you desire. You can sign up from a cell phone if you want. Any smart device will do!

**Can I set up two-factor authentication on Coinexx?**

Yes. We recommend it! Enabling 2FA will not impede your bots. But it will greatly enhance the security of your account. DO IT.

**Can I trade from my country, or even New York?**

Yes! We have teamed with a global and reputable trading exchange that allows accounts from anywhere in the world. Once you are a subscriber, you will receive a link to sign up directly with this exchange.

**Will the bots stop working if you end up having too many subscribers?**

No. We mostly trade in the Forex market which handles $6 Trillion dollars a day. Even with our thousands of subscribers, all of our trades combined won't even move prices. The markets are simply enormous. It would take individual trades in the billions of dollars before our bot trades could impact the markets. Hedge funds trade billions of dollars at a time. We're leveling the field by giving the same hedge fund power to our ordinary friends.

**How do I check my profits and balances?**

Our customer portal has a realtime connection to your Coinexx account. Our portal will show you more information than you can

imagine about your trades and profits. You can also log in to your Coinexx account at any time to see your balances there.

**What do you mean "I can trade this for free without a subscription?"**

We publish every trade our elite bots take in realtime on our website. The moment a trade is executed for our subscribers, that trade is posted to this website. If you want, you can simply monitor our website, and take the same trades as they appear here. Of course, with thousands of trades happening 24 hours a day across many markets, we believe you'll soon want our bots to execute your trades automagically, while you play and sleep!

**Are the results shown after exchange commissions?**

Yes, all results posted here on our site (and the results you will experience in your account) are after exchange commissions. Our bots ensure your trades are profitable after all commissions are paid to the exchange.

**What about taxes?**

Of course, you'll have to pay taxes on your profits, based on your personal tax situation and local regulations. But that's how most of the world works. You may be taxed on profits you make. Our portal lets you see and copy all your trade history for your tax documentation. Likewise with Coinexx.

**Can I use Senior Bot to trade an account smaller than $10,000?**

No. You will risk losing all your money, as Senior is designed to work only with larger balances. NEVER attempt to use Senior Bot on a smaller account. Don't say we didn't warn you.

**Can I change the settings such as risk factors, leverage, multipliers, etc?**

**A DEFINITE NO!** You'll lose money. You subscribed to our bots because they work as designed. Make changes: Lose Money. DON'T DO IT. We won't be responsible for your changes. Follow the videos exactly as shown, and your bots will make money. If we detect you have improperly changed the settings we require, we reserve the right to stop your bots without notice and cancel your subscription. We cannot allow you to tamper with settings and risk extremely adverse results. The integrity of our results is more important to us than your individual subscription fee. Please go build your own bots if you want to gamble. We cannot permit you to tamper with our successful system. We don't want gamblers here. We only want to help strategic, patient investors.

**Can I add more money from time-to-time?**

Yes! And that's the true power of our A.I. bots! They always see your balance in realtime. When you send more funds to your trading account, your bots will see the deposits, and immediately adjust your trade sizes upwards to maximize profits on every trade. It's through this same process that they adjust your trades up in realtime as they close out winning trades. Your account is constantly optimized for maximum profits! As your account balance increases every day, so do the size of your trades, always maximizing your profits and compounding your earnings on a daily basis.

**What happens when my account balance goes high enough to transition from a Junior Bot to a Senior Bot?**

We will see your balance increase and our team will reach out to you within a week to discuss your options in transitioning from Junior to Senior Bot. When your account grows or you deposit additional funds to exceed $10,000, don't worry. Junior Bot will continue trading for you while we work through the transition process with you. The process involves pausing your Junior bot and allowing all open trades to completely close. Once you have zero open trades, we can instantly switch your account, and you can turn trading back on.

**How do I fund my new account with Coinexx?**

Sending crypto such as ETH, BTC, LTC, etc. is the fastest, and will fund your account within an hour. You can also send an international wire directly to Coinexx if you do not readily have crypto to send. It can take 8-10 business days for your international wire to post to your new Coinexx account. Yes, the Coinexx depository is in Singapore, so expect your wire instructions from Coinexx to be to a Singapore bank account.

**Suppose I need to withdraw money?**

It's your account. Do as you please. Just make sure you follow the steps to pause your bot before you withdraw (see below).

**Are my funds secure?**

Absolutely. You will open your own account in your own name on a very reputable global trading platform that has offices in London, New York, and Amsterdam. We have partnered with this platform because one account can trade all of the assets our bots trade. You will fund it yourself and create your own login credentials. The exchange uses two-factor authentication for your protection. They manage more than 60,000 trading accounts and have been in business for ten years. Thousands of our customers are successfully trading there. We will NEVER ask for your login or password. You remain in custody of your

own funds at all times. You should NEVER give anyone your login or password.

**How do I connect my new bot?**

When you open your account on the exchange, they will provide you with API logins which allow your bot to trade your account, but not withdraw or transfer money. You will then enter those API keys into our members' area of this website. With the API keys entered, our bots can get to work, making you money while you play and sleep!

**Can I lose money?**

Nothing is risk-free. No person or system in the world has a perfect track record. Click here to review our historic trade statistics. Our bots take trades on a very high frequency basis, earning many tiny profits daily. Of course, some of the trades lose money. You can review those statistics to ensure you are comfortable with the ratio of losers versus winners. The key to success is the algorithms designed to have many more winners, than losers. The losers are small because the bots use stop losses to protect your funds. Bots trade automatically and systematically, removing your emotions, second-guesses, and external human stresses. Bots will always execute trades with the exact optimal timing. Bots remove all emotion and fatigue from your personal trading. Your bots will never miss trades. They never get tired. They never sleep. They work for you tirelessly, 24 hours a day, so you can live your life.

**Will I ever get a Margin Call?**

No. Our bots use tight stop losses. While they do employ leverage, your account is strictly managed by elite software. You will never get a margin call demanding you add funds, or liquidate positions. The correct settings to use when setting up your account are: USD base currency, MT5, and 500x. We will provide you easy instructions when you subscribe to our bots. Coinexx also has built-in drawdown protection to protect you from ever getting a margin call.

**Why so many trades?**

Your bots are high frequency traders. They don't "swing for the fences," taking huge risks hoping for huge rewards. Rather, the bots identify the small movements and indicators and are very successful at predicting the short-term direction of an asset. They then take the best high-probability trades, and look for many tiny wins, making many small profits along the way. Making just a fraction of a percent each day can create extreme wealth for you. **Click here to see the Compounding Growth Calculator.**

**How can I fund my account to get started?**
The trading platform we work with will allow you to set up and fund your account instantly by sending any of many different cryptos directly to your account's wallet. You can also send bank wire transfers, but the wire process will take 8-10 days to post and start trading. Crypto transfers post instantly and allows you to get trading immediately.

**Can I pay my subscription fees with crypto instead of a credit card?**
Soon! But the answer today is "sorry, not yet." There is enough demand that we will develop this feature soon and implement it.

**Do you own, or are you affiliated with the trading platform?**
No. They are a very large global company with 60,000+ customers. They have been in business for more than 10 years. We have no stake or interest in the trading platform. But they do pay us a referral marketing fee in exchange for sending new accounts to them. We believe in full transparency. So we want you to know this. This adds no cost or expense to you. But the advantage is that we trade our own very large accounts with them, and refer many customers to them. You will be in our VIP pool of customers and will be assigned a personal account manager directly by the exchange. When you subscribe to our bots, you will see a button that takes you directly to their site to sign up. They have helped us streamline the API bot connection process for you.

**Setting up my bots is confusing and frustrating.**
To us, it seems very easy. But anything new can be confusing. We're here for you. We'll provide you with clear instructions and videos to help you get connected. The entire process should only take approximately ten minutes. Once your account is set up, no further effort will ever be required from you. You'll just watch your account grow. It's definitely worth a few minutes of your time.

**Can I cancel at any time?**
Absolutely. Your subscription is month-to-month with no long-term obligation. You shouldn't want to stay with us unless you're making incredible profits. We don't refund partial months. But you can cancel at any time. We doubt you ever will.

**Where are you located?**
Our office is located in Northern Virginia, USA. We are approximately eight miles from Washington, DC. You may visit our office Monday - Friday from 9am - 4pm. We are located at 10123 Colvin Run Road, Suite 100, Great Falls, VA 22066. We occupy 5,300 square

feet of commercial office space, and have approximately 20 full time employees in our office. We'd love to meet you!

**Can your bots (or your employees) steal my funds?**

No. We never ask you for your passwords. Our bots can only execute trades in your account, while you maintain 100% custody of your funds at all times. You are simply connecting our bots to execute trades for you. We provide you with a software service only. You can choose at any time to turn the bots on or off. For further security, the trading platform uses two-factor authentication every time you log in to your account.

**Can my monthly subscription be deducted from my account balance?**

No. There are two reasons for this:

1) We don't have access to your account to withdraw or transfer your funds.

2) Why would you withdraw your capital when the compounding effect is so powerful?

Your monthly subscription fees will be collected by credit card. No credit card? We
can accept Paypal and Venmo. Or you can manually send crypto directly to us.

**Are the trades and results on your page "hypothetical," or real actual trades?**

Before we ever started trading our own funds, we obviously backtested and made sure our algorithms are profitable. With that said, every result, statistic, and trade you see on our site was a realtime trade, actually executed in our accounts, with actual money. We are showing you actual results with real money. Nothing here is a "simulation" or "hypothetical." Just our real trades that made us real money. While we show you all trades from January 1 of this year, rest assured that we have been trading these bots for more than 18 months. We have provided you with over 13,000 realtime trades executed by our bots so far this year. Take a look. Crunch the numbers for yourself.

**Will I get a 1099 or any other tax forms?**

No. We are just a software provider. We don't handle your money. Furthermore, the trading platform our bots connect to (Coinexx) is an international company that currently does not do any tax reporting. You are responsible for filing your own taxes in your own jurisdiction in accordance with your local laws. We do not prepare any tax paperwork for you. When you withdraw your funds, you will be able to send your money via crypto to any crypto wallet you desire. You'll never have to deposit money into a bank account, unless you want to.

**Are you financial advisors?**

Nope. But we're awesome software engineers who know how to build very profitable artificial intelligence automated trading bots. We provide you with a software product that indicates high probability trades to you and helps you automate those trades in your own account, which you control. It is solely your decision whether to take those signals and trade them. You can turn your bots on or off any time. We never control or direct your funds for you. We never take custody of your funds. You remain in full control and **you** make all of your own investment decisions.

**How do I add money to my account so my bot(s) can make more profits?**

Just send more crypto or wire more money to your Coinexx account. Our bots are connected in realtime. They will see your new balance. All new future trades will be larger, based on your new, larger balance.

**Can I cash out whenever I want?**

Of course! Our bots trade ***your*** account. You can always log into your account on the exchange and withdraw your money any time. You can also turn off (pause) your bots at any time. See below for important withdrawal instructions.

**How do I withdraw money from my account?**

You remain in full control of your account. It's your money. If you will need to withdraw funds, you must first pause your bot(s). Next, allow all open trades to close out. Once you have no open trades, withdraw your funds directly from your Coinexx account. When your funds have been withdrawn, you can restart your bot(s). Your bots will now resume trading your new account balance based on the new account size. **FAILURE TO FOLLOW THESE INSTRUCTIONS MAY RESULT IN LOSSES IN YOUR ACCOUNT.** Keep in mind your bot makes many simultaneous trades and takes many positions at any given time. These trades are based on your overall account size. If you are going to change your account balance, the bots need a chance to close all open trades, and reset the algorithms to the base account balance.

**I need my money today! I cannot wait for my trades to close out.**

Life happens. We understand. If you need to withdraw money urgently, pause your bot(s). Log in to the Coinexx web trader. There, you can manually close every open trade immediately. Of course, you may be closing some of those trades for a loss. But it's the instant way to get access to all your money immediately. **FAILURE TO FOLLOW THESE INSTRUCTIONS MAY RESULT IN LOSSES IN YOUR ACCOUNT.**

**My account is not showing the same percentage returns as your Junior (or Senior) bot returns!**

The returns you see in our portal for Junior and Senior represent the total returns from the date we launched the bot service (June 21, 2021). Unless you literally started with the very first trade on June 21, your stats will never match or catch up to the historic returns. Your bot's stats will reflect your total returns since the day you started trading with your bot.

**What are your subscription fees?**

- JUNIOR BOT: $79 per month for account sizes between $1,000 - $9,999
- SENIOR BOT: $99 per month for accounts $10,000+.
  **We also charge a 1% per month additional fee of your account balance for either bot if your account balance is more than $10,000. (Automatically charged as .0025 to your payment method on a weekly basis.)*

**When my account grows really big, what if I can't pay the .0025 per week fee without withdrawing profits?**

You're thinking about "Rich People Problems," are you? We get it. There may be a time when your account is very large, and you're making HUGE money. You're worried about that .0025 weekly fee, and how to pay it. We heard you. We've carefully analyzed and constructed your bots so you can withdraw .0025 (¼ of one percent) weekly, without needing to pause your bots. We're winning together. And withdrawing up to ¼ of one percent weekly will not harm your account under current market conditions. You can simply withdraw from Coinexx and use those funds for your fees. Of course, it's always better not to withdraw, as the power of daily compounding is magnified the more money you leave in! *(Note that attempts to withdraw more than .0025 per week, or more than one withdrawal per week without first pausing your bots may result in LOSSES!)*

**Is there latency between your bots and the trading exchange?**

We selected the exchange we use for its stable API connection and personal support of our mission and our customers. They have servers in New York, London, and Amsterdam. They manage more than 60,000 customer accounts and have been in business for more than 10 years. We tested them all. We found their London server to be the fastest, consistently by a few milliseconds more. In order to optimize our profitability, we selected their London servers for our API connection. But we went a step further. We went to London and built

our servers locally, near their servers. We believe this strategy of optimization is an advantage that routinely creates additional profit opportunities.

**I get an error when trying to connect my Coinexx account into the BotsForWealth portal.**

This always tracks down the incorrect entry of your Coinexx credentials when trying to connect your MT5 account. Reminder that you are being prompted for the login credentials to the individual MT5 account you created on Coinexx. You should not be entering your login and password for your main Coinnex account; but rather the credentials given to you on the screen when you set up your new MT5 account. We always recommend copying and pasting, since the password is very long, and full of weird characters. Still can't get it to work? Just create another new MT5 account in Coinexx and use the credentials from the new one you just created. You can then instantly (and for free) transfer your funds from the old MT5 account to the new one you just created and connected.

**I just started, and I am getting trade error alerts by email.**

You can disregard the email alerts. Our bots are very "chatty." In fact, you'll soon want to turn off the email alerts. The bots always sync in realtime. Sometimes, they execute new trades before canceling the standing orders (for efficiency and speed). Occasionally, you may see error emails. You can ignore them. Our bots read them too, and adjust. (In fact, our bots are the ones that sent them out!) *Note when you first take your new bot live, you will see trade error alerts as your new bot sends signals to close previous trades that had been open before you started. These are normal, and should not alarm you. Our humans and our bots see all the same alerts you will see. Failed trade alerts are also a normal part of bot trading. Sometimes, by the time our signal gets to the exchange, the price has moved too much -- and that trade cannot be executed. This occasionally happens in fast market conditions.

**Most common setup error when attempting to copy your bot signals to your Coinexx account:**
**"NO PAID SUBSCRIPTION FOUND"**

This is because you used a different email address when paying for your subscription that does not match the email address used when creating your new login at our site's login portal. This means our activation team was unable to match your payment email address to the email login you created in our portal. To solve this for yourself, you can create another login at our portal:
https://subscriber.botsforwealth.com/register

...and be sure to use the same email address used when you paid for your subscription. Once you create a login on our site that matches the email address you used during payment, your new signal will be easily matched by our activation team and activated within 24 hours.

***© 2021 by BotsForWealth.com, Automated Trading LLC, and its subsidiaries/parents. All rights reserved.***

# Exhibit B

Email and attached "Victim Worksheet" sent by Rahim

**IMPORTANT Victim Impact Statement - BotsForWealth**
1 message

**Rick BotsForWealth** <noreply.bfw@gmail.com> Mon, Aug 2, 2021 at 11:04 AM
Reply-To: noreply.bfw@gmail.com
To: [redacted]@gmail.com

View this email in your browser

BOTS FOR WEALTH

## Please fill out your victim impact statement as soon as possible.

We're moving the cases against Stuart Ashby along on several fronts. He victimized thousands of people. We must collect all of this information and put it together to present to law enforcement and the lawyers.

If you feel you were a victim of Stuart Ashby, we ask that you follow the link below, to the simple 3-page form, and complete it as soon as possible.

Here is the victim form we ask you to complete and send back:

https://botsforwealth.sharefile.com/d-saddadbbcc3ee40faa8b05131bdbb0667

Thank you,
-Rick

P.S.: We have provided ways to send it back via email, fax, or fedex/us mail.

**BOTS FOR WEALTH / LOVE MY TRADING BOTS VICTIM INFORMATION FORM**

On July 11, 2021, Stuart Ashby illegally hacked and commandeered the website "BotsForWealth.com." He did not own the site and had no legal right to hack it. He immediately declared full ownership and "control of all assets" publicly. He further illegally hacked the payment processing account (Stripe) for the payments all customers had previously made, changing funding over into his name and bank account. He illegally attempted to misdirect those funds for his personal gain.

Next, he demanded customers pay him again, for subscriptions those customers had previously paid for. He did not disclose he had received funds from their initial payments. This was an attempt to "double-bill" customers who had already paid in advance for a full month's service. It was a fraudulent act, designed to extort funds from customers who had already paid in full.

Shortly after becoming aware of Mr. Ashby's fraud, the payment processing bank (Stripe) suspended his credit card processing ability and held all funds in question. This was due to his acts of identity theft and double-billing of customers.

Having no method to bill credit cards, Ashby next demanded direct payment to him in order to keep the services running that had already been paid for. This time, the demand came in the form of requiring direct payments to his crypto wallet in Ethereum, a crypto currency. He collected as much as one full year of advance payments from unsuspecting victims. As a result of his ongoing fraud, some customers have paid as many as three times for their single subscription. Others have lost even more, because they prepaid Mr. Ashby for a number of months in advance.

On or about August 27, 2021 (or perhaps prior); Mr. Ashby made changes to the programming of the bots for the distinct purpose of changing how they trade for each of thousands of clients. The result was a deliberate catastrophic loss of client funds on August 27, 2021 due to those actions. Mr. Ashby warned of the planned action in writing, and carried it out at the exact specific time he previously warned of. Mr. Ashby had previously and publicly threated many customers with "destruction" of their trading accounts if they questioned his business practices. He has now completely shut down all bots in mid-trades, leaving customer accounts in further danger.

To date, Ashby has refused to issue refunds to any customers for subscriptions they were deliberately overbilled for. He has publicly ridiculed those customers and clearly stated his intent to abscond with the funds. We have determined he has in excess of $1 million liquid available to him as of this writing. He has the ability to issue refunds. He chooses not to.

If you are a victim of these actions, and lost money, we ask that you complete this form. Your personal information will be kept confidential and will not be shared publicly. Your information will only be shared with law enforcement authorities and attorneys in civil cases filed or to be filed against Stuart Ashby.

**VICTIM WORKSHEET:**

Full Name:_______________________________________ Age:_______

Mailing address:____________________________________________________________

City:______________________ State:______ Zip:_________ Country:________________

Telephone #1:____________________________ Telephone #2:________________________

Best email address:______________________________________________________________

***List all payments made:***

| Date | Amount | Circle one | Paid To | Last 4 digits of credit card |
|---|---|---|---|---|
| ___/___/___ | $__________ | credit card Ethereum | __LMTB __BFW | ___ ___ ___ ___ |
| ___/___/___ | $__________ | credit card Ethereum | __LMTB __BFW | ___ ___ ___ ___ |
| ___/___/___ | $__________ | credit card Ethereum | __LMTB __BFW | ___ ___ ___ ___ |
| ___/___/___ | $__________ | credit card Ethereum | __LMTB __BFW | ___ ___ ___ ___ |

**Please tell us the total dollar amount you deposited into Coinexx and connected to bots:**

Total funds I deposited for bot trading: $_________________

Funds I now have left after the hack: - $_________________

**TOTAL DOLLARS LOST IN MY TRADING ACCOUNT: = $_________________**

***Please check all that apply:***

__ I am a victim of a crime committed by Stuart Ashby and wish to be contacted by law enforcement.

__ I wish to participate in any lawsuits filed against Stuart Ashby. (Including class action.)

__ I have evidence I wish to provide and I am enclosing it with this form.

__ I would like to be included in any restitution funds recovered/designated for victims.

# Exhibit C

Screenshots of different pages on Tradeautomation.com

TRADE AUTOMATION.com

Past Results Projections About Us FAQ Contact us Testimonials Discord



# The ultimate hedge fund algorithm.

**Automated A.I. trading earns substantial daily profits with mitigated risk. Automatically. While you live your life.**

## **Automated** Trading While You **Play** and **Sleep**.

***We brought billion dollar hedge fund algorithms to the people.***

Join our **proven track record** of 2+ years **trading millions** of dollars **profitably**. We trade millions every day with this algorithm. We're not a small software company with an unproven idea. We have **proven results** in actual trading for years. We're a multimillion dollar company with real offices and real customer service in the USA. Call us. Visit us. We're here to **support you** every day.

**$99 per month**

**Total Profit: 97.2%**
*per year*

Ave. profit **8.1%** per mo.

*Example:* Invest $100,000 and you can **withdraw $97,200 per year** passive income.

This is the most conservative bot, with steady growth and lowest drawdown risk.

Your money will compound even faster if you do not withdraw.

Total trades: 3,576
Winners: 2,537
Losers: 1,039
Win rate: 70.94%
Avg. Daily Profit: .344%
Avg. Trade time: 24-36hrs
Average Open trades: 14-20
Max drawdown: 9.93%

Get Silver Bot NOW

**$249 per month**

**Total Profit: 179.76%**
*per year*

Ave. profit **14.98%** per mo.

*Example:* Invest $100,000 and you can **withdraw $179,760 per year** passive income.

Medium risk, terrific returns. Can have occasional drawdowns, but has always recovered and continues to produce profits long-term.

Your money will compound even faster if you do not withdraw.

Total Trades: 3,699
Winners: 2,717
Losers: 982
Win rate: 75.71%
Avg. Daily Profit: .698%
Avg. Trade time: 24-36hrs
Average Open trades: 16-22
Max drawdown: 29.96%

Get Gold Bot NOW

**$499 per month**

**Total Profit: 284.88%**
*per year*

Ave. profit **23.74%** per mo.

*Example:* Invest $100,000 and you can **withdraw $284,860 per year** passive income.

This bot consistently hits home runs and produces terrific profits! But can also be volatile in the short-term. Be comfortable with drawdowns. But it has always recovered and reaches new highs!

Your money will compound even faster if you do not withdraw.

Total Trades: 3,625
Winners: 2,655
Losers: 970
Win rate: 74.71%
Avg. Daily Profit: 1.049%
Avg. Trade time: 24-36hrs
Average Open trades: 15-24
Max drawdown: 56.04%

Get Platinum Bot NOW

## Assume Daily Profit of 1%

| Start with: | $100 | $1,000 | $10,000 | $100,000 |
|---|---|---|---|---|
| 30 days | $133 | $1,335 | $13,345 | $133,450 |
| 90 days | $242 | $2,424 | $24,244 | $242,439 |
| 6 months | $594 | $5,936 | $59,364 | $593,644 |
| 1 year | $3,741 | $37,409 | $374,093 | $3,740,934 |
| 18 months | $20,717 | $207,167 | $2,071,667 | $20,716,672 |
| 2 years | $141,345 | $1,413,453 | $14,134,534 | $141,345,338 |
| 3 years | $5,340,512 | $53,405,123 | $534,051,228 | $5,340,512,282 |
| 4 years | $201,782,895 | $2,017,828,951 | $20,178,289,512 | $201,782,895,123 |
| 5 years | $7,624,050,767 | $76,240,507,674 | $762,405,076,738 | $7,624,050,767,381 |

TRADE
AUTOMATION.com

# Exhibit D

## FAQ section of TradeAutomation.com

- Home
- Past Results
- Projections
- About Us
- FAQ
- Contact us
- Testimonials Discord

Click here to join our Testimonials Discord, where we post daily screen shots from our many satisfied customers.

## Can I start with less than $2,000?

Unfortunately, no. Our elite bots often take multiple trades and use capital management combined with leverage to earn maximum profits. The starting account size requirement is clearly listed on each of our bots. Many of our clients pool with family and friends to form their own "investment club."

## Are they really good in a Bull or Bear Market?

Absolutely yes to both! Our bots profit equally well in all market conditions. They are therefore a great diversification strategy that makes money even when crypto and the stock market go down. Our bots take both long and short positions based on proprietary algorithms.

## Do I have to watch the signals and make the trades - or is it completely automatic?

Your new bot will make all of the decisions, and execute all of the trades for you automagically. You set it, and forget it. Just log in to check your balance whenever you need a smile. We'll even automate emails sending you regular account balance updates.

## What assets do the bots trade?

Behind the scenes, our elite bots are actually a team of many powerful bots, each running independently at the same time, maximizing the available cash in your one single account. Consider your bot the coach that manages many players to win the game. Your bots will trade multiple forex currency pairs. The Forex market is open Monday - Friday around the world and trades 24 hours a day. Our bots take weekends off, because the Forex markets are closed on weekends, just like the stock market. **Our bots are a terrific hedge for diversification away from crypto and/or the stock market. Crypto or stock market volatility does not have any adverse impact on our bots.**

## Are my funds safe in FX Primary?

We have personally been trading six and seven figures in FX Primary without an issue. We (and our customers) have never experienced a problem withdrawing our money. Many of our customers routinely withdraw their profits! Your withdrawals are sent in the form of crypto to any crypto wallet address you choose. We have a relationship directly with the owners of FX Primary, since we refer so many of our clients to them. Thousands of our customers trade successfully on FX Primary every day. FX Primary makes incredible profits each day from the commissions on customers' trades. They have no incentive to destroy their well-established company. FX Primary customer service is closed on weekends, because the Forex markets are closed. Their email response is excellent Monday - Friday. Withdrawals and customer service initiated on the weekends will not be addressed until Monday mornings, when. their offices open.

## I subscribed. I need help getting set up.

Setup is a one-time thing. When you sign up, we provide you with easy instructions on how to open and fund

No. FX Primary is offshore. They require no identification or proof of age. You can open an account with them in just a few minutes, and fund your account by sending crypto. No bank account required! When you wish to withdraw funds, you can log into your trading account and send your funds back to any crypto wallet in the world.

## Do I need a computer to run a bot?

No. Our servers run everything for you as you play and wander around the planet, enjoying life. Log in and check your profits any time you want, from anywhere you want, from any device you desire. You can sign up from a cell phone if you want. Any smart device will do!

## Can I trade from my country, or even New York?

Yes! FX Primary accepts customer from any place on the planet. So do we.

## Will the bots stop working/profiting if you end up having too many subscribers?

No. We already have thousands of customers. We trade in the Forex market which handles $6 Trillion dollars a day. Even with our thousands of subscribers, all of our trades combined won't even move prices. The markets are simply enormous. It would take individual trades in the billions of dollars before our bot trades could impact the markets. Hedge funds trade billions of dollars at a time. We're leveling the field by giving the same hedge fund power to our ordinary friends.

## Will there ever be a margin call, or will I ever need to add funds?

Nope. Historically, our bots will never need you to "top off" or add funds! That's a creative way some of our competitors have created to say their bots are flawed, and stuck, can't keep working, and need more money... Drawdowns are rare. Your bots are programmed to handle occasional drawdowns. Fund your account once, and simply let it grow. You'll never need to add more funds to keep your bot alive. Anybody selling you a bot that might need to "add on" knows they are selling you a flawed product that loses. After seeing our bots performing so well, you'll WANT to add more funds, for more profit! We post daily screen shots from our many satisfied customers in our Testimonials Discord.

## I haven't received my confirmation email from FX Primary

Remember you must open and fund your own account directly with FX Primary. We never take custody of or control your funds. Immediately upon opening your new account with FX Primary, they will send you an email with your login and password. Check your SPAM folder! It will come from pay@fxprimary.com. You can also call our office for assistance if you're ever stuck.

## How do I fund my new bot trading account?

You will open your new account at FX Primary in your own name and then send crypto to your new account to fund it. Crypto usually arrives and posts in less than an hour. Upon receipt of your crypto, FX Primary will convert that crypto cash instantly (US DOLLARS) and your new account will be immediately ready for trading.

The exchange only accepts crypto at this time. Only crypto allows instantaneous transfer of funds anywhere around the world. If you are not familiar with crypto or have no way to send crypto, call our office. We may be able to help by having you wire funds to us, and we can send the crypto on your behalf. This will obviously incur substantial delays and costs. It is always best for you to directly fund your account using crypto.

## Will I receive tax forms at the end of the year?

The exchange is located offshore. They have no identification requirements (know your customer). Since all transfers are made in and out of your account by crypto, no tax reporting is done to the USA or any other country. Since our bots are merely software that you use on your own account, we also have no obligation for tax reporting. Therefore, it will be completely up to you to understand any tax rules you may be subject to, and to self-report any profits.

## Can these trades be done tax-deferred within my IRA?

There is nothing preventing you from opening an account controlled by your IRA and reporting the account within your IRA.

## Can I add to my account at any time?

Yes. Simply send more funds to your exchange account via crypto. Our bots will see your new balance within seconds. When your balance goes up, the bots will automatically begin trading more contracts to always maximize compounding of your growing account size. This will apply to new trades, so it may take a few days for you to see larger lot sizes being traded.

## Can I withdraw from my account whenever I want?

Yes! You can initiate a withdrawal 24 hours a day. All withdrawals are sent back to you in crypto to any wallet you specify. Withdrawals generally arrive within 24-48 hours, as all withdrawals are manually reviewed by the exchange and the liquidity provider to prevent your being a victim of hacks or fraud. If you are withdrawing a very large amount, you may need to close your open trades first, before FX Primary will process your withdrawal. Our office is open Monday-Friday to assist you with withdrawing your money any time. Just call, email, or stop by! *Remember that FX Primary offices are closed on the weekends, as are the Forex markets. Any withdrawals you initiate on a weekend will not be processed until Monday morning.

## Can my monthly fee come right out of my trading account automatically?

No. Since we do not have access to or control of your account, we do not have the ability to withdraw funds from it. Our bots only have trading access. Not withdrawal ability. All monthly billing is done automatically using your credit card.

## Can I prepay longer-term for a discount?

YES. If you wish to prepay for a year, we offer a 10% discount. Prepay for two years to receive 20% off. Prepay for three years for 25% off. We can accept cash, credit card, Venmo, wire transfers, crypto, and Paypal for

every day. **Let your bot do its job.** Go live your life.

## Why does my bot sometimes take different size trades?

Your bot knows what it is doing. It scales everything it does to match your account size, current open trades, past history, open equity, and market conditions together for a winning combination. Let your bot trade for you, so you don't have to micro-manage every day. **Let your bot do its job.** Go live your life.

## What if I see open trades that are profitable in my MT4 account and close them manually?

So you think you are so smart, you don't need a bot? You'll wreck your bot's algorithm. We'll close your account. And we'll ban you from our service. Go trade for yourself if you're so smart. Let your bot trade for you, so you don't have to micro-manage every day. **Let your bot do its job.** Go live your life. No tampering allowed!

## Can I upgrade/change my existing bot account to a better bot?

Yes. We charge a $199 fee for this. We will pause your existing bot so it does not enter new trades. However, your current bot will continue to manage your open trades through completion. This process can take several days. Once you have no open trades left, we will remove your original bot from your trading account, and then apply the new bot you desire. Just contact our office to initiate this process! We will charge you for the new bot on the date we start the process for you, but we will also issue a prorated refund to you for any days left on your current bot.

## Does my bot trade 24 x 7 x 365 ?

No. We trade the Forex market (a global marketplace for exchanging national currencies). The Forex (FX) market is open 24 hours a day, five days a week. The Forex market opens at 5pm Sunday night (USA - east coast time) and closes at 5pm Friday night. Because the Forex market is closed during the weekends, our customer service department (and FX Primary's) is closed Saturday and Sunday. If you attempt to withdraw funds on a weekend, the withdrawal process will not begin until Monday.

## Do you have an affiliate program?

Not at this time. **We make a ton of money already, running our own bots.** We also have amazing organic customer growth because our customers always love sharing their success with their friends and family! We're focused on delivering a quality product over pushing volume. Business and life are already GREAT for us.

## Are your past results from real trading, or just hypothetical results?

**This is the most important question to ask!** We have a 2 year+ track record trading millions of dollars with our algorithms. Those full results are posted right here on our website. We are a multimillion dollar company with real offices, real employees, and real customer service. All data we post on this site is real, after exchange fees and commissions. Our published results are cash you take home. Nothing on our website is "hypothetical." All historical results are real net cash results that actually happened in the past. Beware of competitors with

## My bot just started, and it's not trading that much.

Every customer gets their own bot that is starting from scratch. We truly do use **artificial intelligence**, that has a learning curve. When you start a new bot, there is a ramp-up period during which your bot tests connections to the trading exchange, market conditions, execution times, and even the speed in which your order fills execute. It will take fewer and smaller trades at first, watching carefully so it can know in the future how quickly it will be able to execute trades based on all of these factors. It learns from past trades and teaches itself to better anticipate in the future. This takes time. Therefore, it is perfectly normal for your bot to "feel" like it is underperforming for the first 2-3 weeks. This is a normal part of true artificial intelligence. Be patient through your initial "learning" weeks, and you'll soon be very satisfied to see your results continue to ramp up! Your bot is unique to your account, and needs time to develop and mature. Give it time to learn to work for you. We expect you'll be very happy.

## I'm not getting the same results as my friends with the same exact bot. I'm jealous.

You joined us because we use true artificial intelligence that adapts in realtime. Your bot is unique. It's always learning and adapting to the conditions unique to your account. Your bot is smart. It actually gets better over time. We do not use old "dumb" copy-and-paste the same trade to every customer technology. Rather, your bot starts by knowing your unique balance, and then begins testing the trading environment it is in. See the question above to better understand the process. Every new trade your bot takes is based on the cumulative knowledge it gains from each of your past trades. Therefore, even tiny fractional differences between your past trades and those of other accounts make a difference. Because your bot is a high-frequency trader, those little tiny differences can add up very quickly, making it feel like your bot is underperforming. Rest assured the longer everyone's bots are running, the closer the performance of each will drift back to a normalized performance. If your bot is currently over-performing, know that other bots will tend to catch up to yours. If your bot feels to be under-performing, fear not, It will eventually hit some home runs and catch up. The law of averages will normalize all bots over a longer trading period. Our website gives you a true picture of the results you can reasonably expect over time. **No results can ever be guaranteed.*

## I have a life emergency! I need all my money.

No worries! It's your money at all times. Life happens. No need to explain. When possible, contact our office for the smoothest, most efficient way to close your open trades and pause/cancel your bot. If your issue is so urgent, you cannot wait for our office to open, follow these steps: 1) Log directly into FX Primary and force-close all your open trades. That may cause small losses, but it will put your account in an all-cash status. 2) Once your account is in all-cash, simply initiate a withdrawal back to any crypto wallet you desire. Keep in mind this process can take as much as 24-48 hours (depending on account size), because FX Primary and their liquidity provider do manual fraud checks to protect your account when a withdrawal request comes through. Lastly, keep in mind customer service is closed on weekends, just like the Forex market. Any withdrawal requests initiated over the weekend will begin processing Monday morning, when their offices open. Questions? Problems? Call us! We can always help you. We're here for you!

we do. Stop in and visit us any time. We would love to
meet you.

© 2022 Artificial Intelligence That Trades For You 

# Exhibit E

Discord posts regarding FXP being offshore

# lifetime-vip

@[redacted]Ex98 @RickRahim you personally vouch for FXPrimary?...

**RickRahim** 12/26/2021

I vetted and vetted. All high leverage forex brokers are offshore. I know the owner. He's in the USA. I know how to track him down. He lives in Tennessee. He does run big accounts for lots of people. So yes, my money is there, too.

🙏 2

I agree - forex is sketchy to begin with. But they mint cash in fees. They make more in fees than if they stole your money and got shut down.

Eventually, I'd like to own the damn brokerage --- they make THAT MUCH MONEY!

@RickRahim I agree - forex is sketchy to begin with. But they mint...

**[redacted]Ex98** 12/26/2021

Thank you. I appreciate all that you are doing for the community

lifetime-vip

invest and future if all goes to plan will commit another $100k of my money, I just need clarification which hopefully get next week when we are out of holiday period.

RickRahim 01/01/2022

Feel free to stay away and don't use bots. They have invested six figures of their own funds in building out a direct API with my servers and my team to give us fastest fills and best order execution. I have invested almost a quarter million dollars in building my side as well. I have sucessfully transferred funds n and out many times. I can get the owner on the phone any time. Nobody else can offer bots wired directly into the exchange without third party servers buffering first, and slowing down order execution time. Winning with bots is a game of milliseconds. But I'm really over the bashing of this broker. I have lots of money there. Since I see everyone's accounts, I promise you I have much more money there than any of you (so far ... though many of you are crushing it with larger accounts!). Feel free to pass on the opportunity. Some of you are the same ones buying shitcoins and trusting offshore chinese-owned crypto exchanges without a second thought. Just don't do it! Don't use the bots. I know these guys. I've been working woth these guys for a long time. They are Americans in America. If you don't want to do it, don't do it. I'd much rather you sleep well and not make money. Just focus on stocks and crypto. But Im really tired of the FUD a few people keep injecting, though I've spent close to half a year meeting these people, building the tech, and interacting with them daily. Good luck finding any other offshore forex broker with principals right here in the USA. Or one that has a live human monitoring all of our customer accouts 24 hours a day for me -- and manning a kill switch to protect client funds just in case anything every goes haywire. And yes, they are fully licensed and registered offshore.

By the way, they are closed on the weekends for customer service, they operate 5 days a week x24 hours during open market hours. So use the bots -- or don't. But let's get past rehashing this thread of bashing and totally disregarding my own personal diligence before bringing this to you every other day. If you don't do it, I'll be fine. They'll be fine. You'll be fine. (edited)

🥰 7 💯 5

# Exhibit F

Screenshots of victim's trading history on FXP

**Exhibit F: Example of Trading History displayed on FXP. This information was also linked to investors TA Manager Page**







| DATE | PAYMENT TYPE | AMOUNT | STATUS | |
|---|---|---|---|---|
| 18/10/2022 21:20 pm | Ethereum | + 0 USD | NEW | |
| 18/10/2022 21:19 pm | Bitcoin | + 0 USD | NEW | |
| 26/05/2022 13:23 pm | Bitcoin | - 16974.68 USD | REJECT | |
| 24/05/2022 20:24 pm | Bitcoin | - 28199.18 USD | DONE | |
| 26/04/2022 16:26 pm | Bitcoin | - 100.00 USD | REJECT | |
| 25/04/2022 15:21 pm | Ethereum | - 1000.00 USD | REJECT | |
| 07/02/2022 21:57 pm | Bitcoin | + 48513.91 USD | DONE | DETAILS |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27315296 | 17/01/2022 12:00 pm | 1.71031 | 1.70583 | BUY | 19/01/2022 15:47 pm | 0.04 | GBPCAD | 0.00000 | 0.00000 | -0.24000 | -0.12000 | -14.68 |
| 27416992 | 18/01/2022 10:00 am | 0.65767 | 0.66140 | BUY | 19/01/2022 13:52 pm | 0.04 | AUDCHF | 0.00000 | 0.00000 | -0.24000 | -0.02000 | 16.04 |
| 27062734 | 14/01/2022 01:31 am | 0.66265 | 0.66139 | BUY | 19/01/2022 13:52 pm | 0.04 | AUDCHF | 0.00000 | 0.00000 | -0.24000 | -0.09000 | -5.83 |
| 27427717 | 18/01/2022 12:00 pm | 1.24476 | 1.24730 | BUY | 19/01/2022 01:15 am | 0.04 | GBPCHF | 0.00000 | 0.00000 | -0.24000 | -0.01000 | 10.83 |
| 27374601 | 18/01/2022 04:01 am | 114.966 | 114.734 | SELL | 18/01/2022 08:19 am | 0.04 | USDJPY | 0.000 | 0.000 | -0.240 | 0.000 | 7.85 |
| 27280720 | 17/01/2022 04:01 am | 1.58348 | 1.58603 | BUY | 18/01/2022 04:12 am | 0.04 | EURAUD | 0.00000 | 0.00000 | -0.24000 | -0.11000 | 6.98 |
| 27280580 | 17/01/2022 04:00 am | 82.526 | 82.744 | BUY | 18/01/2022 02:48 am | 0.04 | AUDJPY | 0.000 | 0.000 | -0.240 | -0.080 | 7.29 |
| 27282029 | 17/01/2022 04:30 am | 130.665 | 130.923 | BUY | 18/01/2022 02:48 am | 0.04 | EURJPY | 0.000 | 0.000 | -0.240 | -0.150 | 8.62 |
| 27252842 | 14/01/2022 21:30 pm | 130.421 | 130.672 | BUY | 17/01/2022 04:23 am | 0.04 | EURJPY | 0.000 | 0.000 | -0.240 | -0.450 | 8.08 |

://client.fxprimary.com/72724b2c-90aa-4750-8ae6-338ff2fa1633/details/trading-history/closed-trades

# Exhibit G

Discord posts regarding credits

**RickRahim** 16-Mar-22 04:20 AM

Good morning, @everyone! I missed you guys yesterday... What a long 24 hours of travel! I'm back in the office, looking forward to trading with you today. Update on bot balances: I am expecting (hoping) the LP and FX Primary to finish their reconciliation and posting of credits to all accounts by close of business tomorrow. Once they complete that, I can give you further updates about additional credit I have been negotiating for all customers due to this issue. Stay tuned! We've been working very hard behind the scenes. This has taken way too long, and I know it... Sigh. I'll be back before the market open to discuss my thoughts on the market today (likely will go up). LOTS of big events today that the market will be watching very carefully...

7 👍 8

**RickRahim** 17-Mar-22 04:57 AM

Good morning, @everyone! All bot balance credits are expected. to be finished posting by tomorrow. The AI began indicating favorable conditions again earlier this week. So we will likely be in a position to reactivate bots early next week. And yes, I will be coming up with fair subscription credits to those wishing to continue bots. This process has taken ay too long. But they assure me they have also taken measures to make sure the issue does not repeat.

💪 22 ❤️ 13 💯 4 🍉 1

**Ca[redacted]** 17-Mar-22 04:58 AM

That's great news! Thank you Rick!

**RickRahim** 17-Mar-22 04:58 AM

Pre-market is down very slightly, but I think it will start climbing, since there really was no negative news overnight. I remain cautiously BULLISH for today's market.

**Ca[redacted]** 17-Mar-22 04:59 AM

I always wonder - sounds like most of us are getting credits. Are there people out there who are getting debited? That would suck. Money has to come from somewhere right?

Ca[redacted] I always wonder - sounds like most of us are getting credits. Are there people out the...

**RickRahim** 17-Mar-22 05:02 AM

No accounts are getting worse. It is coming from the Liquidity provider due to them posting trades our bots never executed. Systems got overwhelmed worldwide when the Euro crashed due to war. I've previously discussed this.

👍 4 💯 1

# Exhibit H

Screenshots of teamrickrahim.com


Products - Win with Rick Rahim
teamrickrahim.com/products
Microsoft 365
Company Portal
Remote UNET (UA3)
LEEP
Call
We're changing LIVES!
Home
Products
About
Contact
FREE Discord
Testimonials
TikTok/YouTube
THE ALGO
IS ALL YOU NEED
Our flagship algo wins 96 out of every 100 trades.
• 96.5% win rate.
• Average 217% profit per trade.
• Averages three trades per day.
• Same-day profits! Never held overnight.
• Works great on small accounts.
Visit Site
Our Products and Services:
There are so many ways to make money with us. From complete novice, to expert trader.
New to trading? We recommend starting with CopyAndWin.com. It's easy. And it can change your life!
COPY MY WINNING STOCK TRADES
CopyAndWin.com
New to trading? Or maybe you want the safest and easiest way to replace your job. Make consistent income from the stock market without stress. Just copy Rick's trades as he announces them in his real-time alerts. START HERE!
Visit Site
YOU CAN CONSISTENTLY PROFIT!
OptionsCopier.com
Want massive gains and huge daily returns with options? Rick calls out winning options trades every day! This is for more active traders who can devote more time to creating true daily wealth. Includes access to Rick's Lifetime Member Discord. Sign up today and start winning immediately.
Visit Site


Products - Win with Rick Rahim
teamrickrahim.com/products
Microsoft 365
Company Portal
Remote UNET (UA3)
LEEP
Call
We're changing LIVES!
Home
Products
About
Contact
FREE Discord
Testimonials
TikTok/YouTube
ProChartSignals.com
ProChartSignals.com
This is the amazing buy and sell indicator Rick uses to make his winning stock trades every day. A must-have. It will dramatically improve your trading skills.
Visit Site
Includes a day in our office
+ VIP Inner Circle
Lifetime Access!
Lifetime Membership Includes EVERYTHING above!
Get all of the products above for LIFE and never pay a monthly fee again. Plus direct access to Rick every day in his private Discord. Lifetime Members are also regularly welcomed in our office to trade directly with Rick. Worth its weight in gold.
Visit Site
SnipeAlgo.com
SnipeAlgo.com
Our world-class options trading algo.
Genius AI algorithm wins 96% of all trades.
Always a same-day profit.
Average trade makes 200%+.
Average 3 trades per day.
Early Trade Warning Alerts.
QQQ
One Trade Per Day
QQQTrade.com
QQQTrade.com
One automatic easy trade per day for those on a budget.
Our QQQ algorithm wins 94 out of every 100 trades (94% win rate).
Average trade makes 160%.
One trade per day.
Early warning alerts.
LOWER PRICED FOR THOSE ON A BUDGET

# Exhibit I

Screenshots of snipealgo.com

prepay-discount

ote UNET (UA3) LEEP

SnipeAlgo.com

Home Stats History Never Lose The Algo Strategy FAQ Automate Gallery Testimonials Contact Us Subscribe




Prepay today to save money.
**Simply call our office for payment options.**
Same-day activation!
**703-766-1240**

## Save up to $2,607 when you prepay.

Prepayment may be made by cash, cashier's check, wire transfer, Zelle, or crypto.
*Credit cards are not accepted for prepay discounts.*

**ONE SPY TRADE PER DAY**

**6 Month Prepay Discount**

| Biweekly Price | Regular Price x6 months | Activation Fee | Total 6 month cost | Discount if prepaid 6 mos. | YOU SAVE | Prepay Amount | Effective Biweekly |
|---|---|---|---|---|---|---|---|
| $299.99 | $3,899.87 | $29.99 | $3,929.86 | 15% | $589.48 | $3,340.38 | $256.95 |

**12 Month Prepay Discount**

| Biweekly Price | Regular Price x12 months | Activation Fee | Total 6 month Cost | Discount if prepaid 12 mos. | YOU SAVE | Prepay Amount | Effective Biweekly |
|---|---|---|---|---|---|---|---|
| $299.99 | $7,799.74 | $29.99 | $7,829.73 | 25% | $1,957.43 | $5,872.30 | $225.86 |

Search

Call

SnipeAlgo.com



***A bargain at $1,999 per month***

Prices slashed below for the next 27 customers only.

~~$1,999~~ monthly

***Limited time bonus offer:***

## Includes FREE access to our Lifetime Discord

For a limited time, your subscription will allow you access to Rick's **Lifetime Member Discord**. In the Discord, you can chat with other members and Rick in realtime. **Others pay $199 per month** for read-only access to Rick's trades. We'll include you in the live chat, so you can interact in realtime, ask questions, take trades, and learn. You'll also have access to all of Rick's other trades every day! (See OptionsCopier.com for more details.)

## It's time to make some money.

**Snipe Algo** is the most powerful and reliable way to make money in the stock market we've ever seen.

**These prices won't last.**
Enjoy them while you can.
**Snipe Algo is too powerful for this low price.**.
Prices will increase to $1,999 per month.

**Want to prepay for a discount?**
Get **15% off** for 6 months prepayment. **25% off** for one year prepayment.
*Click here for details.*

Search 5:51 1/27/2

snipealgo.com/subscribe

SnipeAlgo.com



Call

monthly

***Limited time bonus offer:***

## Includes FREE access to our Lifetime Discord

For a limited time, your subscription will allow you access to Rick's **Lifetime Member Discord**. In the Discord, you can chat with other members and Rick in realtime. **Others pay $199 per month** for read-only access to Rick's trades. We'll include you in the live chat, so you can interact in realtime, ask questions, take trades, and learn. You'll also have access to all of Rick's other trades every day! (See OptionsCopier.com for more details.)

# It's time to make some money.

**Snipe Algo** is the most powerful and reliable way to make money in the stock market we've ever seen.

**These prices won't last.**
Enjoy them while you can.
**Snipe Algo is too powerful for this low price..**
Prices will increase to $1,999 per month.

**Want to prepay for a discount?**
Get **15% off** for 6 months prepayment. **25% off** for one year prepayment.
*Click here for details.*

Yes, we can accept crypto. Call us.

## Basic Algo

**The Single**

## Superstar Algo

Search
1:27
1/28/2