IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICK TARIQ RAHIM,<br><br>Defendant. | Criminal No. 1:23-cr-173 |

**RESTITUTION ORDER**

1. Pursuant to 18 U.S.C § 3663(a)(3), the defendant is ordered to pay restitution in the amount of **$1,844,489**. This is a sum for which the defendant shall be solely liable.

2. The Clerk of the Court shall forward all restitution payments received in this case to the following victim: IRS-RACS, Attn: Mail Stop 6261, Restitution, 333 W. Pershing Ave., Kansas City, MO 64108.

3. Pursuant to 18 U.S.C. § 3664(i), the Clerk of the Court shall only begin sending restitution to the Internal Revenue Service in this case only after all Class A victims in related case number 1:24-cr-179 receive full restitution.

4. Interest:

   ✓ is waived.

   ______ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $300 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed. The minimum monthly payment obligation under this case number shall not begin until restitution to all Class A victims in related case number 1:24-cr-179 is paid in full. Once the defendant has paid his obligation under this case number, 1:23-cr-173 in full, the defendant shall then once again begin paying the remaining balance in case 1:24-cr-179, if any, in accordance with the first sentence of paragraph 7 of the restitution order in that case. The aggregate minimum monthly payment schedule in 1:23-cr-173 and 1:24-cr-179 is $300 per month or 25 percent of net income, whichever is greater.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

Claude M. Hilton

Honorable Claude M. Hilton
United States District Judge

ENTERED this 26th day of Mar., 2025.
at Alexandria, Virginia

WE ASK FOR THIS:

Erik S. Siebert
United States Attorney

Kimberly M Shartar

Kimberly Morgan Shartar
Assistant United States Attorney

SEEN AND AGREED:

Rick Tariq Rahim
Defendant

Ann Mason Rigby

Ann Mason Rigby
Counsel for Defendant